No. 549.  HINES *v.* UNITED STATES.  December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Barry Gilbert* for petitioner.  *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 550.  TAYLOR, RECEIVER, *v.* BANCROFT, RECEIVER. December 6, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. H. Burwell, E. B. Kurtz,* and *W. L. Reed* for petitioner.  *Mr. Carl T. Hoffman* for respondent.

No. 551.  DELAWARE & HUDSON R. CORP. ET AL. *v.* PENN ANTHRACITE MINING Co.; and

No. 552.  DELAWARE & HUDSON R. CORP. ET AL. *v.* CHRISTIAN FEIGENSPAN.  December 6, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Alex H. Elder* for petitioners. *Mr. Edwin A. Lucas* for respondents.  Reported below: 91 F. (2d) 634.

No. 556.  HOEY, COLLECTOR OF INTERNAL REVENUE, *v.* HESSLEIN.  December 6, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Solicitor General Reed* for petitioner. *Mr. Walter S. Orr* for respondent.

No. 557.  ODELL *v.* BAUSCH & LOMB OPTICAL CO. ET AL. December 6, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Benjamin F. J. Odell, pro se.  Mr. John D. Black* for respondents.